**Martin Dolan**, OSB No. 87205
martindolan@dolangriggs.com
**Megan Dolan**, OSB No. 06627
megan@dolangriggs.com
Dolan Griggs LLP
1130 S.W. Morrison Street, #630
Portland, Oregon 97205
Telephone: (503) 228-7500
Fax: (503) 243-1188

    Attorneys for Plaintiff Martin Beggs

**Tamara E. Russell**, OSB No. 97386
tamara.russell@millernash.com
**Sarah A. LeClair**, OSB No. 02372
sarah.leclair@millernash.com
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Fax: (503) 224-0155

    Attorneys for Defendant
    Alaska Airlines, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MARTIN BEGGS**, | CV No. 06-677-HU |
| Plaintiff, | |
| v. | STIPULATED JUDGMENT OF DISMISSAL |
| **ALASKA AIRLINES, INC.**, an Alaska corporation, | |
| Defendant. | |

Page 1 -   Stipulated Judgment of Dismissal

PDXDOCS:1547339.1

The parties hereby stipulate, by and through their respective attorneys, that judgment be entered dismissing plaintiff's claims with prejudice and without costs or attorney fees to any party.

**IT IS SO STIPULATED:**

| DOLAN GRIGGS LLP | MILLER NASH LLP |
|---|---|
| /s/ Megan Dolan | /s/ Sarah A. LeClair |
| Martin Dolan, OSB No. 87205 | Tamara E. Russell, OSB No. 97386 |
| Megan Dolan, OSB No. 06627 | Sarah A. LeClair, OSB No. 02372 |
| 1130 S.W. Morrison Street, Suite 630 | 111 S.W. Fifth Avenue, Suite 3400 |
| Portland, Oregon 97205 | Portland, Oregon 97204 |
| Telephone: (503) 228-7500 | Telephone: (503) 224-5858 |
| Fax: (503) 243-1188 | Fax: (503) 224-0155 |
| E-mail: martindolan@dolangriggs.com | E-mail: tamara.russell@millernash.com |
| megan@dolangriggs.com | sarah.leclair@millernash.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| DATED: May 2nd, 2007 | DATED: May 4, 2007 |

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS SO ORDERED.

Dated: 5-8-07

/s/ Dennis J. Hubel
Dennis J. Hubel
United States ~~Magistrate~~ Judge

Submitted by:
Sarah A. LeClair
OSB No. 02372
MILLER NASH LLP

Attorneys for Defendant

Page 2 -   Stipulated Judgment of Dismissal